**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Lee Waddell , ) | |
| ) | |
| Debtor(s) ) | |
| ) | Case No. 12–12411–1–rel |
| ) | |
| ) | |
| Social Security No(s).: xxx–xx–3910 and all ) | Chapter 7 |
| Employer's Tax Identification No(s). *[if any]* ) | |
| ) | |
| ) | |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered #16 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

**Your motion was filed without a Notice of Hearing or Notice of Hearing on Default.**

*To resolve the deficiency, you must complete the following action by 10/25/12 :*

☑ *Corrected Action Needed:*

**Electronically submit the appropriate document via the CM Notices category.**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 10/23/12                                                       KIM F. LEFEBVRE
                                                                     Clerk of the Bankruptcy Court

                                                                     By:  /s/ Cherie Staigar
                                                                          518–257–1614
                                                                          Deputy Clerk's Name and Telephone Number