So Ordered.

Signed this 3 day of April, 2014.

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

LEE WADDELL,
     Debtor.

CHAPTER 7
CASE NO. **12-12411**

**ORDER**

  The Chapter 7 Trustee, Philip J. Danaher, having filed a Notice of Motion and Motion seeking Turnover Assets of the Estate pursuant to Bankruptcy Code § 521(a)(3)&(4), and there being no opposition to the relief requested, and this matter having come on to be heard before the Court on **the 2nd day of April, 2014**, and good cause appearing therefore, it is hereby

  ORDERED, that Debtor shall Turnover to the Chapter 7 Trustee $20.00 cash on hand at time of filing, $3,000.00 from the CapCom FCU Savings and Checking Accounts and $800.00 from the CapCom FCU Money Market Account, for a total cash Turnover to the Chapter 7 Trustee of $3,820.00, and it is further

  ORDERED, that Debtor shall Turnover to the Chapter 7 Trustee a 2000 Mazda Protégé, a 2003 GMC Envoy and the DJ equipment and EV system all listed on Schedule B by the Debtor.

###