HEARING: June 18, 2014 at 9:15am at the Albany Courtroom

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In Re: | CHAPTER 7<br>CASE NO. **12-12411** |
|---|---|
| **LEE WADDELL**<br><br>Debtor. | **MOTION TO EXTEND TIME FOR TRUSTEE TO FILE COMPLAINT OBJECTING TO DISCHARGE** |

TO:   THE HON. ROBERT E. LITTLEFIELD, JR., U.S. BANKRUPTCY JUDGE:

1.   PHILIP J. DANAHER is the duly qualified and acting Trustee in this case.

2.   This matter was commenced by filing of a Chapter 7 Bankruptcy Petition on 09/14/2012. A §341 Meeting of Creditors was noticed and scheduled for 10/19/2012 at 9:45AM.

3.   The Debtor appeared and was examined at the §341 Meeting of Creditors, and as a result, the Chapter 7 Trustee requested certain information from the Debtor concerning the apparent equity in certain assets owned by the Debtor.

4.   To date, such information has not been provided. Until such time as information is provided, a discharge should not issue herein. The Court has already issued an Order dated April 3, 2014, directing that the Debtor turn over such information.

WHEREFORE, the Chapter 7 Trustee would respectfully request that the period of time in which to file a Complaint Objecting to Discharge be extended until 11/6/2014.

DATED: 5/6/14

Philip J. Danaher
Chapter 7 Trustee