UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

**LEE WADDELL**

Debtor.

CHAPTER 7
CASE NO. **12-12411**

**NOTICE OF HEARING**

---

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE, that the Trustee's Motion to Extend Time for Trustee to file Complaint Objecting to Discharge will be heard before the Honorable Robert E. Littlefield, Jr., U.S. Bankruptcy Court Judge, in his Courtroom on the Third Floor of the Foley Courthouse, Broadway, Albany, New York on the **18th day of June, 2014, at 9:15 a.m.** in the forenoon of that day, or as soon thereafter as counsel can be heard.

**Pursuant to Bankruptcy Rule 9014 and Local Bankruptcy Rule 9013-1, if you intend to oppose the motion, you must serve on the movant's counsel and file with the Clerk of the Bankruptcy Court, written opposition to the motion not later than seven (7) days prior to the return date of this motion. In the event no written opposition is served and filed, no hearing on the motion will be held before the court on the return date, and the court will consider the motion as unopposed.**

Dated: 5/6/14

Philip J. Danaher
Chapter 7 Trustee
1001 Glaz Street
East Greenbush, NY 12061