

So Ordered.

Signed this 7 day of August, 2014.

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

**LEE WADDELL,**
          Debtor.

CHAPTER 7
CASE NO. **12-12411**

**ORDER**

      The Chapter 7 Trustee, Philip J. Danaher, Esq., by and through his attorney, Philip J. Danaher, Esq., having filed a Notice of Motion and Motion seeking a finding of civil contempt pursuant to U.S.C. 11 § 105 and Bankruptcy Rule 9020 or, in the alternative, a finding of criminal contempt pursuant to U.S.C. 18 § 401(3) and § 152 for failing to comply with an Order of this Court, and the Debtor, by and through his attorney, Robert J. Rock, Esq. having submitted Partial Opposition to the relief requested, and this matter having come on to be heard before the Court on the 6th **day of August, 2014**, and there having appeared on such matter Philip J. Danaher, Chapter 7 Trustee , and ROBERT J. ROCK, Esq., attorney for the Debtor, and Counsel having advised the Court of a resolution which was placed on the record, and good cause appearing therefore, it is hereby

      ORDERED, upon consent, that the Debtor is hereby found in Contempt pursuant to 11 USC § 105 and Bankruptcy Rule 9020, however, it is further

      ORDERED, upon consent, that the Debtor shall be able to purge this Contempt Order by turning over to the Office of the Chapter 7 Trustee, by September 5, 2014, the amount of $20 cash on hand reported by Debtor at time of filing, $3,000.00 from the

CapCom FCU Savings and Checking Accounts and $800.00 from the CapCom Money Market Account for a cash Turnover to the Chapter 7 Trustee of $3,820.00, as well as turnover of the net value or actual Schedule B assets consisting of a 2000 Mazda Protégé (net value: $1,005.00), a 2003 GMC Envoy (net value: $ 2,775.00) and the DJ equipment and EV system (net value: $5,000.00) all as listed and valued on Schedule B by the Debtor (the "Order").

###